# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP PEREZ,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GENOPTIX, INC.,<br><br>　　　　　　　Defendant. | Case No.: 18cv2545-LAB (MDD)<br><br>**ORDER OF DISMISSAL** |

The parties' joint motion seeking dismissal of this action is **GRANTED IN PART**.

As an attachment to their joint motion, the parties filed a proposed order in the docket. They request that the Court sign and issue that order. There does not appear to be any particular reason why the proposed order needs to be used, however. Apparently it was filed by mistake. *See* Civil Local Rule 7.2 and this District's CM/ECF Policies and Procedures Manual, § 2(f)(4) and (h).

/ / /
/ / /
/ / /
/ / /

All claims and counterclaims asserted in this action are **DISMISSED WITH PREJUDICE**. Pursuant to Fed. R. Civ. P. 41(a) this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated:  December 2, 2020

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge